UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24191-RAR

NIGEL FRANK DE LA TORRE PARDO,

      Plaintiff,

v.

AVOCADO SHOPPING CENTER, LLC,
LA MORENITA LATIN STORE INC d/b/a
LA MORENITA MEAT MARKET, LA
MORENITA MEXICAN GRILL INC d/b/a
LA MORENITA RESTAURANT &
MEXICAN GRILL, and SHAPON
CORPORATION d/b/a SHAPON FOOD
MARKET,

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, hereby advises the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice as to Defendant, SHAPON CORPORATION d/b/a SHAPON FOOD MARKET once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant *only*.

Respectfully submitted this December 28, 2023.

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.
Florida Bar No.: 535451
GARCIA-MENOCAL & PEREZ, P.L.
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553- 3464
Email:  ajperez@lawgmp.com
*Counsel for Plaintiff Nigel Frank de la Torre Pardo*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this December 28, 2023.

Respectfully submitted,

**GARCIA-MENOCAL & PEREZ, P.L.**
*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, FL 33345
Telephone: (305) 553-3464
Primary E-Mail: ajperez@lawgmp.com
Secondary E-Mail: bvirues@lawgmp.com; jreyes@lawgmp.com

By:  */s/ Anthony J. Perez*
    ANTHONY J. PEREZ