UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24191-RAR

**NIGEL FRANK DE LA TORRE PARDO**,

    Plaintiff,

v.

**AVOCADO SHOPPING CENTER LLC**, *et al.*,

    Defendants.
_____/

### ORDER OF DISMISSAL AS TO DEFENDANT SHAPON CORPORATION

**THIS CAUSE** comes before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice ("Notice"), [ECF No. 33], filed on January 19, 2024. The Court having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice* as to Defendant Shapon Corporation d/b/a Shapon Food Market only.

**DONE AND ORDERED** in Miami, Florida, this 21st of January, 2024.

_____
RODOLFO A. RUIZ II
UNITED STATES DISTRICT JUDGE