UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-24191-RAR

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

AVOCADO SHOPPING CENTER, LLC,
LA MORENITA LATIN STORE INC d/b/a
LA MORENITA MEAT MARKET, LA
MORENITA MEXICAN GRILL INC d/b/a
LA MORENITA RESTAURANT &
MEXICAN GRILL, and SHAPON
CORPORATION d/b/a SHAPON FOOD
MARKET,

    Defendants.
_____/

## JOINT STATUS REPORT

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, AVOCADO SHOPPING CENTER, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The Parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case.

Dated: March 25, 2024

Respectfully Submitted,

| | |
|---|---|
| **GARCIA-MENOCAL, P.L.** | **LOWY AND COOK, P.A.** |
| *Attorneys for Plaintiffs* | *Attorney for Defendant Avocado Shopping Center, LLC* |
| 350 Sevilla Avenue, Suite 200 | |
| Coral Gables, Fl 33134 | 169 E. Flagler Street, Suite 700 |

| | |
|---|---|
| Telephone: (305) 553-3464 | Miami, Florida 33131 |
| Fax: (855) 205-6904 | Telephone: (305) 371-5585 |
| Primary E-Mail: bvirues@lawgmp.com | Facsimile: (305) 371-5563 |
| Secondary E-Mail: aquezada@lawgmp.com; | E-mail:jonathan@lowypa.com |
| | leah@lowypa.com; assistant@lowypa.com |
| | |
| By: _Beverly Virues_____ | */s/ Jonathan Smulevich,.* |
| BEVERLY VIRUES | JONATHAN SMULEVICH |
| Florida Bar No.: 123713 | Florida Bar No. 108260 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**GARCIA-MENOCAL, P.L.**

*Attorneys for Plaintiff*
350 Sevilla Avenue, Suite 200
Coral Gables, Fl 33134
Telephone: (305) 553-3464
Fax: (855) 205-6904
Primary E-Mail: bivures@lawgmp.com

By: _Beverly Virues_____
BEVERLY VIRUES
Florida Bar No. 123713