UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CV-24191-RAR

**NIGEL FRANK DE LA TORRE PARDO**,

   Plaintiff,

v.

**AVOCADO SHOPPING CENTER LLC**, *et al.*,

   Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Final Dismissal With Prejudice, [ECF No. 45], filed on May 1, 2024. The Court being fully advised, it is hereby

**ORDERED AND ADJUDGED** that the above-styled case is **DISMISSED** *with prejudice*, with each party to bear its own costs and attorneys' fees except as otherwise indicated in the parties' settlement agreement. All pending deadlines are hereby **TERMINATED**. The Clerk is directed to **CLOSE** this case, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of May, 2024.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**